IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL P. CAPLICE, d/b/a M. P. CAPLICE & ASSOCIATES,<br><br>        Defendant. | No. 07 CV 7279<br><br>Judge Manning<br>Magistrate Judge Cole |

## NOTICE OF MOTION

TO:   Brian J. Wanca
        Anderson + Wanca
        3701 Algonquin Road, Suite 760
        Rolling Meadows, IL 60008
        (847) 368-1500
        buslit@andersonwanca.com

    On **January 10, 2008** at **11:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, in Courtroom 2125, and then and there present **Defendant's Motion to Dismiss,** a copy of which is attached hereto and served upon you.

                                        Respectfully submitted,

                      By:   */s/ Maria Z. Vathis*
                             Robert L. Reifenberg (#3128950)
                             Maria Z. Vathis (# 6276866)
                             Clausen Miller P.C.
                             10 S. LaSalle Street
                             Chicago, IL 60603-1098
                             Telephone: 312/855-1010
                             Facsimile: 312/606-7777
                             rreifenberg@clausen.com
                             mvathis@clausen.com

1138777.1

## CERTIFICATE OF SERVICE

On January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Brian J. Wanca
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
(847) 368-1500
buslit@andersonwanca.com

By:  /s/ Maria Z. Vathis
Maria Z. Vathis
Clausen Miller P.C.
10 S. LaSalle Street
Chicago, IL 60603-1098
Telephone:  312/855-1010
Facsimile:  312/606-7777
mvathis@clausen.com

1138777.1