

**Clausen Miller P.C.**  CHICAGO, IL  IRVINE, CA  NEW YORK, NY  PARSIPPANY, NJ  WHEATON, IL  SHANGHAI, CHINA

**Clausen Miller L.L.P.**  LONDON, ENGLAND

**Clausen Miller Europe**  Clausen Miller P.C.  Clausen Miller L.L.P., LONDON  Tetaud-Lambard-Jami & Associés, PARIS  Studio Legale Corapi, ROME  van Cutsem-Wittamer-Marnef & Partners, BRUSSELS

*Attorneys at Law*          10 South LaSalle Street • Chicago, IL 60603 • www.clausen.com
Tel: 312.855.1010 • Fax: 312.606.7777

Maria Z. Vathis
Direct Line: (312) 606-7722
E-Mail: mvathis@clausen.com

January 9, 2008

**Via Hand-Delivery**
U.S. Attorney's Office
Northern District of Illinois
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

    Re:  *Ira Holtzman, individually and as the representative of a class of similarly-situated persons v. Michael P. Caplice, d/b/a M. P. Caplice & Associates*
        Civil Action No:  07 CV 7279
        Our File No.:  27-8593-00-9

To Whom It May Concern:

    Pursuant to 28 U.S.C. §2403(a) and Federal Rule of Civil Procedure 24, enclosed please find a Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss filed in the above-referenced case that challenge the constitutionality of 47 U.S.C. §227.

        Very truly yours,

        CLAUSEN MILLER P.C.

        By: *Maria Z. Vathis*
        Maria Z. Vathis

MZV:ls
Enclosures

cc:  Honorable Blanche M. Manning *(via electronic filing w/o encls.)*
      All Counsel of Record *(via electronic filing w/o encls.)*

1162230.1