IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )  No. 07 C 7279 )  Judge Manning |
| MICHAEL P. CAPLICE d/b/a M. P. CAPLICE & ASSOCIATES, | )  Magistrate Judge Cole ) ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL
## OF COUNTS II AND III ONLY WITHOUT PREJUDICE

Plaintiff, IRA HOLTZMAN, hereby files a voluntary dismissal without prejudice as to Counts II and III only of the Class Action Complaint against Defendant, MICHAEL P. CAPLICE, as allowed under Federal Rules of Civil Procedure 41(a)(1).

Respectfully submitted,

IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons

By:  s/Brian J. Wanca
One of Plaintiff's Attorneys

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone: 847/368-1500

Phillip A. Bock
DIAB & BOCK, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL  60602
Telephone:  312/658-5500

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008, I electronically filed this Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

    Maria Z. Vathis
    Clausen Miller, P.C.
    10 S. LaSalle Street
    Chicago, IL  60603

                                        s/Brian J. Wanca
                                        Brian J. Wanca
                                        Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | DIAB & BOCK, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |