## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 7279 |
| | ) | Judge Manning |
| MICHAEL P. CAPLICE d/b/a M. P. CAPLICE & ASSOCIATES, | ) ) ) | Magistrate Judge Cole |
| Defendant. | ) ) | |

### NOTICE OF FILING

TO:　Maria Z. Vathis
　　　Clausen Miller, P.C.
　　　10 S. LaSalle Street
　　　Chicago, IL  60603

　　　PLEASE TAKE NOTICE that on January 24, 2008, the undersigned caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, *Affidavit of Process Server of service of Summons, Complaint, and Motion for Class Certification,* a copy of which is attached hereto and hereby served upon you.


　　　　　　　　　　　　　　　　　　　　s/Brian J. Wanca

### CERTIFICATE OF SERVICE

　　　I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　s/Brian J. Wanca

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Ryan M. Kelly | DIAB & BOCK, LLC |
| ANDERSON + WANCA | 134 N. LaSalle Street, Suite 1000 |
| 3701 Algonquin Road, Suite 760 | Chicago, IL  60602 |
| Rolling Meadows, IL  60008 | Telephone:  312/578-0767 |
| Telephone:  847/368-1500 | |

| 2120 - Served | 2121 - Served | | |
|---|---|---|---|
| 2220 - Not Served | 2221 - Not Served | | |
| 2320 - Served By Mail | 2321 - Served By Mail | | |
| 2420 - Served By Publication | 2421 - Served By Publication | | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( | ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, __CHANCERY__ DIVISION

(Name all parties)

Ira Holtzman, individually and as the representative of a class of similarly-situated persons,

v.

Michael P. Caplice d/b/a M. P. Caplice & Associates,

No. _____

SERVE:
Michael P. Caplice
15 Spinning Wheel Rd., Suite 320
Hinsdale, IL 60521

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __802__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 51306
Name: Brian J. Wanca @ANDERSON + WANCA
Atty. for: Plaintiff
Address: 3701 Algonquin Rd., Suite 760
City/State/Zip: Rolling Meadows, IL 60008
Telephone: (847) 368-1500

WITNESS, _____, _____

DOROTHY BROWN  NOV 1 4 2007
Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

# Affidavit of Process Server

In the Circuit Court of Cook County, Illinois, County Department, Chancery Division
(NAME OF COURT)

| Ira Holtzman | vs Michael P. Caplice d/b/a M.P. Caplice and Associates | 07 CH 33326 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Naomi Garcia, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Defendant, Michael P. Caplice
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons, Class Action Complaint, Motion for Class Certification

by leaving with _____ At
NAME      RELATIONSHIP

☐ Residence
☒ Business   15 Spinning Wheel Rd., Suite 320, Hinsdale, ILL., 60521.
ADDRESS    CITY / STATE

on November 29, 2007 AT 12:00 p.m.
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE
from_____
CITY   STATE   ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                  DATE    TIME        DATE    TIME
(3)_____  (4)_____  (5)_____
DATE   TIME         DATE   TIME          DATE   TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

*Naomi Garcia*
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 4th day of December, 2007

OFFICIAL SEAL
JUDITH L. SIANO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/07/2008

*Judith L. Siano*
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of Illinois



FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS