## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ira Holtzman

               Plaintiff,

v.

                                    Case No.: 1:07–cv–07279
                                    Honorable Blanche M. Manning

Michael P Caplice

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

       MINUTE entry before Judge Blanche M. Manning : The United States shall file its motion for leave to intervene by February 28, 2008. The parties shall either respond or indicate that there is no objection by 3/13/2008. reply if any by 3/20/2008. Briefing on the motion to dismiss shall remain stayed pending resolution of the motion for leave to intervene. The status hearing set for 2/27/2008 is vacated. The court will set further dates as necessary when it rules on the motion for leave to intervene.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.