UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRA HOLTZMAN, Individually and as the representative of a class of similarly-situated persons | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 7279 |
| v. | ) ) | Judge Manning |
| | ) | Magistrate Judge Cole |
| MICHAEL P. CAPLICE, d/b/a M. P. CAPLICE & ASSOCIATES | ) ) ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO INTERVENE

The United States of America, through undersigned counsel, hereby moves to intervene in this action on behalf of itself and the Federal Communications Commission (FCC), pursuant to 28 U.S.C. § 2303(a), 28 U.S.C. §§ 517 and 518(b), and Fed. R. Civ. P. 24(a)(1) to defend the constitutionality and application of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227 (the "TCPA"), which has been challenged by Defendant's motion to dismiss.  Points and authority in support of the United States' motion are attached.

Dated: February 28, 2008                                     Respectfully submitted,


                                                             JEFFREY S. BUCHOLTZ
                                                             Acting Assistant Attorney General

                                                             PATRICK J. FITZGERALD
                                                             United States Attorney

                                                             THEODORE C. HIRT
                                                             Assistant Branch Director

|  |  |
|---|---|
|  | s/ Stephen J. Buckingham |
|  | STEPHEN J. BUCKINGHAM |
|  | Trial Attorney |
|  | United States Department of Justice |
|  | Civil Division, Federal Programs Branch |
|  | 20 Massachusetts Ave., NW Room 7119 |
|  | Washington, DC  20530 |
|  | Stephen.Buckingham@usdoj.gov |
|  | (202) 514-3330 |
| Local Counsel: | LINDA A. WAWZENSKI |
|  | Assistant United States Attorney |
|  | 219 South Dearborn Street |
|  | Chicago, Illinois |
|  | (312) 353-1994 |

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

THE UNITED STATES' MOTION TO INTERVENE AND MEMORANDUM IN SUPPORT THEREOF

was served on this 28th day of February, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

       s/ Stephen J. Buckingham
STEPHEN J. BUCKINGHAM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Avenue, N.W. Room 7119
Washington, D.C.  20530
Stephen.Buckingham@usdoj.gov
(202) 514-3330

Local Counsel:

LINDA A. WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1994