UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, Individually and as the representative of a class of similarly-situated persons<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL P. CAPLICE, d/b/a/ M. P. CAPLICE & ASSOCIATES<br><br>    Defendant. | No. 07 C 7279<br><br>Judge Manning<br>Magistrate Judge Cole |

**[Proposed] ORDER**

Upon consideration of the United States' Motion to Intervene and Memorandum in Support thereof, it is hereby ORDERED, that the Motion to Intervene is GRANTED.

The United States is permitted to intervene in this case.

Date:_____, 2008

_____
THE HONORABLE BLANCHE M. MANNING
UNITED STATES DISTRICT JUDGE