UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRA HOLTZMAN, Individually and as the representative of a class of similarly-situated persons<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL P. CAPLICE, d/b/a M. P. CAPLICE & ASSOCIATES<br><br>Defendant. | ) | No. 07 C 7279<br><br>Judge Manning<br>Magistrate Judge Cole |

**NOTICE OF MOTION**

TO:

Brian J. Wanca
Ryan M. Kelly
Anderson & Wanca
3701 Algonquin Road
Suite 760
Rolling Meadows, IL 60008
Buslit@andersonwanca.com

Phillip A. Bock
Diab & Bock, LLC
20 N. Wacker Drive
Suite 1741
Chicago, IL 60606
Phil@diabbockllc.com

Robert Lee Reifenberg
Maria Zoee Vathis
Clausen Miller PC
10 S. Lasalle Street
Suite 500
Chicago, IL 60603
rreifenberg@clausen.com
mvathis@clausen.com

On March 4, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning of the United States District Court for the Northern District of Illinois (Eastern Division), 219 S. Dearborn Street, Chicago, Illinois, in Courtroom 2125, and then and there present the United States' Motion to Intervene, a copy of which is attached and hereto served upon you.

Dated: February 28, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

PATRICK J. FITZGERALD
United States Attorney

THEODORE C. HIRT
Assistant Branch Director

s/Linda A. Wawzenski
LINDA A. WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1994

STEPHEN J. BUCKINGHAM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Avenue, N.W. Room 7119
Washington, D.C. 20530
Stephen.Buckingham@usdoj.gov
(202) 514-3330

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

THE UNITED STATES' MOTION TO INTERVENE AND MEMORANDUM IN SUPPORT THEREOF

was served on February 28, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/ Stephen J. Buckingham
STEPHEN J. BUCKINGHAM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7119
Washington, DC 20530
Stephen.Buckingham@usdoj.gov
(202) 514-3330

Local Counsel:

LINDA A. WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1994