# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7279 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Holtzman vs. Caplice | | |

**DOCKET ENTRY TEXT**

The government having filed a motion to intervene as of right [22-1], the defendants having informed the court that they have no objection, and the plaintiff having failed to notify the court of any objection, the motion is granted. The government and plaintiff shall file responses to the motion to dismiss no later than March 31, 2008. Any reply shall be filed no later than April 14, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|