# EXHIBIT A

## IN THE UNITED STATE DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 07 C 7279<br>Judge Manning<br>Magistrate Judge Cole |
| MICHAEL P. CAPLICE d/b/a M. P. CAPLICE & ASSOCIATES, | ) ) ) | |
| Defendant. | ) | |

### <u>NOTICE OF VOLUNTARY DISMISSAL</u>
### <u>OF COUNTS II AND III ONLY WITHOUT PREJUDICE</u>

Plaintiff, IRA HOLTZMAN, hereby files a voluntary dismissal without prejudice as to

Counts II and III only of the Class Action Complaint against Defendant, MICHAEL P.

CAPLICE, as allowed under Federal Rules of Civil Procedure 41(a)(1).

Respectfully submitted,

IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons

By:    s/Brian J. Wanca
       One of Plaintiff's Attorneys

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
DIAB & BOCK, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed this Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

    Maria Z. Vathis
    Clausen Miller, P.C.
    10 S. LaSalle Street
    Chicago, IL  60603


                                 s/Brian J. Wanca
                                   Brian J. Wanca
                                   Attorney for Plaintiff


Brian J. Wanca                    Phillip A. Bock
ANDERSON + WANCA         DIAB & BOCK, LLC
3701 Algonquin Road, Suite 760    134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL  60008        Chicago, IL  60602
Telephone:  847/368-1500           Telephone:  312/658-5500