UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, Individually and as the representative of a class of similarly-situated persons )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL P. CAPLICE, d/b/a M. P. CAPLICE & ASSOCIATES )<br>)<br>Defendant. ) | No. 07 C 7279<br><br>Judge Manning<br>Magistrate Judge Cole |

**UNITED STATES' MOTION FOR LEAVE NOT TO APPEAR AT FUTURE HEARINGS**

The Court currently has scheduled a status hearing in the above captioned case on June 19, 2008. Minute Entry (June 2, 2008). While the United States remains an intervenor in this lawsuit, the United States' only role in the case has been to defend the constitutionality and application of the Telephone Consumer Protection Act ("TCPA"). See Mem. In Support of Mot. to Intervene (Dkt. No. 23). The United States has not, and will not, take a position on the merits of this case. On May 23, 2008, the Court dismissed defendant's challenges to the constitutionality of the TCPA. As the constitutionality of the TCPA is not, at this time, at issue, the presence of the United States' counsel at the scheduled hearing appears to be unnecessary. Accordingly, the United States seeks leave of the Court to not attend the June 19, 2008, hearing, and any future hearings at which the constitutionality of TCPA will not be at issue.

Dated: June 5, 2008                               Respectfully submitted,

                                                  GREGORY G. KATSAS
                                                  Acting Assistant Attorney General

                                                  PATRICK J. FITZGERALD
                                                  United States Attorney

                                                  THEODORE C. HIRT
                                                  Assistant Branch Director

                                                   s/ Stephen J. Buckingham
                                                  STEPHEN J. BUCKINGHAM
                                                  Trial Attorney
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  20 Massachusetts Ave., NW Room 7119
                                                  Washington, DC  20530
                                                  Stephen.Buckingham@usdoj.gov
                                                  (202) 514-3330

Local Counsel:                                    LINDA A. WAWZENSKI
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois
                                                  (312) 353-1994


                                                  *Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the following document:

THE UNITED STATES' MOTION FOR LEAVE NOT TO APPEAR AT FUTURE HEARINGS

was served on this 5th day of June, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    s/ Stephen J. Buckingham
STEPHEN J. BUCKINGHAM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Avenue, N.W. Room 7119
Washington, D.C. 20530
Stephen.Buckingham@usdoj.gov
(202) 514-3330