UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRA HOLTZMAN, Individually and as the representative of a class of similarly-situated persons | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 7279 |
| v. | ) ) | Judge Manning |
| | ) | Magistrate Judge Cole |
| MICHAEL P. CAPLICE, d/b/a M. P. CAPLICE & ASSOCIATES | ) ) ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

TO:  Brian J. Wanca                      Phillip A. Bock
     Ryan M. Kelly                       Diab & Bock, LLC
     Anderson & Wanca                    20 N. Wacker Drive
     3701 Algonquin Road                 Suite 1741
     Suite 760                           Chicago, IL 60606
     Rolling Meadows, IL 60008           Phil@diabbockllc.com
     Buslit@andersonwanca.com

     Robert Lee Reifenberg
     Maria Zoee Vathis
     Clausen Miller PC
     10 S. Lasalle Street
     Suite 500
     Chicago, IL 60603
     rreifenberg@clausen.com
     mvathis@clausen.com

On June 10, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning of the United States District Court for the Northern District of Illinois (Eastern Division), 219 S. Dearborn Street, Chicago, Illinois, in Courtroom 2125, and then and there present the United States' Motion for Leave Not to Appear at Future Hearings, a copy of which is attached and hereto served upon you.

Dated: June 5, 2008							Respectfully submitted,

										GREGORY G. KATSAS
										Acting Assistant Attorney General

										PATRICK J. FITZGERALD
										United States Attorney

										THEODORE C. HIRT
										Assistant Branch Director

										s/Linda A. Wawzenski
										LINDA A. WAWZENSKI
										Assistant United States Attorney
										219 South Dearborn Street
										Chicago, Illinois
										(312) 353-1994

										STEPHEN J. BUCKINGHAM
										Trial Attorney
										United States Department of Justice
										Civil Division, Federal Programs Branch
										20 Mass. Avenue, N.W. Room 7119
										Washington, D.C.  20530
										Stephen.Buckingham@usdoj.gov
										(202) 514-3330


										*Attorneys for the United States of America*