IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 CV 7279 |
| MICHAEL P. CAPLICE d/b/a M. P. CAPLICE & ASSOCIATES, | ) ) ) | Judge Manning |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Maria Z. Vathis                                            Fax: 312/606-7777
      Clausen Miller, P.C.
      10 S. LaSalle Street
      Chicago, IL 60603

On July 31, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning, or any Judge sitting in her stead, in Courtroom 2125 of the U.S. District Court, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present Plaintiff's *Agreed Motion for Leave to File First Amended Class Action Complaint,* a copy of which is attached hereto and hereby served upon you.

s/ Brian J. Wanca
One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Brian J. Wanca

Brian J. Wanca                                          Phillip A. Bock
ANDERSON + WANCA                                        BOCK & HATCH, LLC
3701 Algonquin Road, Suite 760                          134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL  60008                              Chicago, IL 60602
Telephone:  847/368-1500                                Telephone 312/658-5500