## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ira Holtzman

                Plaintiff,

v.                                        Case No.: 1:07−cv−07279
                                           Honorable Blanche M. Manning

Michael P Caplice

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: This case having been referred, in part, for ruling on all nondispositive pretrial motions, plaintiff's agreed motion for leave to file first amended class action complaint [41] shall re−noticed before Magistrate Judge Cole.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.