IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) ) No. 07 CV 7279 |
| v. | ) ) Judge Manning |
| MICHAEL P. CAPLICE d/b/a M. P. CAPLICE & ASSOCIATES, | ) Magistrate Judge Cole ) ) |
| Defendant. | ) |

### RE-NOTICE OF MOTION

To:   Maria Z. Vathis                                 Fax: 312/606-7777
      Clausen Miller, P.C.
      10 S. LaSalle Street
      Chicago, IL  60603

      On August 8, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jeffrey Cole, or any Judge sitting in his stead, in Courtroom 1838 of the U.S. District Court, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present Plaintiff's *Agreed Motion for Leave to File First Amended Class Action Complaint,* a copy of which has been previously served upon you.

                                                                       s/ Brian J. Wanca
                                                                      One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                       s/Brian J. Wanca

Brian J. Wanca                                              Phillip A. Bock
ANDERSON + WANCA                                            BOCK & HATCH, LLC
3701 Algonquin Road, Suite 760                              134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL  60008                                  Chicago, IL 60602
Telephone: 847/368-1500                                     Telephone 312/658-5500