UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ira Holtzman
            Plaintiff,

v.          Case No.: 1:07−cv−07279
        Honorable Blanche M. Manning

Michael P Caplice
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2008:

    MINUTE entry before the Honorable Jeffrey Cole:Agreed Motion for Leave to File First Amended Class Action Complaint, [41] is granted. No appearance is necessary on 8/8/08. Mailed and telephoned notice.(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.